No. 1004.   RUSSO *v*. NEW JERSEY ET AL.   C. A. 3d Cir. *Raymond A. Brown* and *Irving I. Vogelman* for petitioner.   *Brendan T. Byrne* for respondents.

No. 1146.   BOLDEN *v*. UNITED STATES.   C. A. 7th Cir. *Edward J. Calihan, Jr.,* for petitioner.   *Solicitor General Marshall, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Julia P. Cooper* for the United States.

No. 303, Misc.   BEAN *v*. NEVADA.   Sup. Ct. Nev. *Leslie M. Fry* for petitioner.   *Harvey Dickerson*, Attorney General of Nevada, and *William J. Raggio* for respondent.

No. 459, Misc.   CHILDRESS *v*. UNITED STATES.   C. A. 7th Cir.   Petitioner *pro se*.   *Solicitor General Marshall, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Jerome M. Feit* for the United States.

No. 970, Misc.   CEPHUS *v*. UNITED STATES.   C. A. D. C. Cir.   *Mark A. Weiss* and *James V. Siena* for petitioner.   *Solicitor General Marshall, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Mervyn Hamburg* for the United States.

No. 1117, Misc.   RASHEED ET AL. *v*. LOUISIANA.   Sup. Ct. La.   *Robert F. Collins* and *Nils R. Douglas* for peti-